UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO:  WA:08-M -00500(1) |
| | § § | |
| (1) ELBERT BANKS III | § | |

<u>ORDER REVOKING SUPERVISED RELEASE AND RESENTENCING OF DEFENDANT</u>

On the 18th day of June, 2009, came on to be heard before the Court at Waco, Texas, a motion by the United States Attorney for the Western District of Texas, to revoke supervised release upon the grounds that the Defendant has violated the conditions of his supervised release, and came said United States Attorney and Defendant, (1) ELBERT BANKS III, in person and by Russell David Hunt Jr., counsel; and the Court, having heard said motion and having considered same, is of the opinion that said Defendant has violated the provisions of his supervised release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant upon supervised release.

It is accordingly ORDERED by the Court that the supervised release order entered and included in the judgment and sentence herein on February 6, 2009, be, and the same is hereby, revoked and set aside.

Now, on the 18th day of June, 2009, it is the Order and sentence of the Court that the Defendant, (1) ELBERT BANKS III, for the said offense by him committed, as fully set out in said Judgment and Order of February 6, 2009, is hereby committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FIVE (5) MONTHS with credit for time served in state custody since June 3, 2009, with no period of supervised release to follow.

All elements of the Judgment and Sentence of February 6, 2009, except the term of supervised release, will remain a part of the sentence. The defendant shall remain in contact with the U.S. Attorney's Office in this district and shall notify that office of any change of residence until such time as the special assessment and fine are paid in full.

The Clerk will provide the Federal Bureau of Prisons with a certified copy of the Judgment and Commitment.

The Clerk will provide the United States Marshal with four (4) certified copies of the Order and four (4) certified copies of the Judgment and Sentence entered herein on February 6, 2009, to serve as commitment of the Defendant.

SIGNED this the 23rd day of June, 2009.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE